## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Erika M., <br><br> Petitioner, <br><br> v. <br><br> Pamela Bondi, Attorney General; Kristi Noem, Secretary, U.S. Department of Homeland Security; Department of Homeland Security; Todd M. Lyons, Acting Director of Immigration and Customs Enforcement; Daren K. Margolin, Director for Executive Office for Immigration Review; Executive Office for Immigration Review; David Easterwood, Acting Director, St. Paul Field Office, Immigration and Customs Enforcement; and Immigration and Customs Enforcement, <br><br> Respondents. | Civ. No. 26-442 (PAM/ECW) <br><br><br> **ORDER** |

**IT IS HEREBY ORDERED that**:

1. Respondents are directed to file an answer to the petition for a writ of habeas corpus of Petitioner by no later than **January 22, 2026**, certifying the true cause and proper duration of Petitioner's confinement and showing cause why the writ should not be granted in this case.

2. Respondents' answer should include:

    a. Such affidavits and exhibits, including documentation of any criminal record, as are needed to establish the lawfulness and correct duration

        of Petitioner's detention in light of the issues raised in the habeas petition;

    b.    A reasoned memorandum of law and fact explaining whether Petitioner has been granted a bond hearing and Respondents' legal position on Petitioner's claims;

    c.    Respondents' recommendation on whether an evidentiary hearing should be conducted; and

    d.    Respondents' view as to whether—and if so, why—this matter is materially distinguishable, either factually or legally, from <u>Adbirahmaan G. v. Noem</u>, Civ. No. 26-35 (PAM/SGE) (D. Minn. Jan. 14, 2026).

3.    If Petitioner intends to file a reply to Respondents' answer, she must do so by no later than **January 26, 2026**. Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.

4.    To the extent Petitioner seeks an order prohibiting her transfer or removal during her Petition's adjudication, this request is **DENIED without prejudice** to its reconsideration once these matters have been fully briefed.

Dated: <u>January 20, 2026</u>                              *s/ Paul A. Magnuson*
                                                                           Paul A. Magnuson
                                                                           United States District Court Judge